**Order entered May 6, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-17-01484-CV

**PNC MORTGAGE, A DIVISION OF PNC BANK, N.A. SUCCESOR TO NATIONAL CITY BANK AND NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK OF INDIANA, Appellants**

**V.**

**JOHN HOWARD AND AMY HOWARD, Appellees**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-01559-2010**

## ORDER

John and Amy Howard's unopposed motion for a three-day extension of time to file appellees' reply to appellants' supplemental brief is **GRANTED**. Appellees' reply brief is now due to be filed on or before May 13, 2021.

/s/     AMANDA L. REICHEK
         JUSTICE